Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Mary D. Indessi** | Case No. 12–20252–GLT |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 73 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 6/14/17 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this **29th day of March, 2017**, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 73 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  ***On or before May 15, 2017***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***June 14, 2017 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 12-20252-GLT |
| Mary D. Indessi | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 | Date Rcvd: Mar 29, 2017 |
| | Form ID: 604 | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
```
db             +Mary D. Indessi,    1439 Oak Avenue Extension,     Turtle Creek, PA 15145-1751
cr             +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +Fay Servicing, LLC,    Bankruptcy Department,     939 W North Ave. Ste 680,
                 Chicago, IL 60642-1231
13816573       +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
14298254       +Fay Servicing, LLC,    Bankruptcy Department,     939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642-1231
13378364       +HSBC MORTGAGE SERVICING, INC.,     POST OFFICE BOX 21188,    EAGAN,MINNESOTA 55121-0188
13554573       +HSBC Mortgage Services, Inc.,     Attn: Stephen J. Tich, Executive VP,    2929 Walden Avenue,
                 Depew, NY 14043-2690
13554572       +HSBC Mortgage Services, Inc.,     Attn: Chad Meintel,    POB 21188,    Eagan, MN 55121-0188
13277751       +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13277752       +Leap Auto,    Po Box 910620,    San Diego, CA 92191-0620
13277753       +McCabe, Weisberg and Conway, P.C.,     123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
13277754       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13364250        VERIZON ONLINE,    PO BOX 3243,    BLOOMINGTON, IL 61702-3243
13277755       +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
13277756       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2017 02:29:20
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
13277749       +E-mail/Text: EBNProcessing@afni.com Mar 30 2017 01:48:56      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13367585       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 30 2017 01:49:48      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13277750       +E-mail/Text: dwattson@fidelitybank.com Mar 30 2017 01:49:27      Fidelity Bank,
                 100 E English St,    Wichita, KS 67202-3759
13394107        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2017 01:56:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13620438        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2017 02:29:13      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               Household Finance Consumer Discount Company
cr               LSF9 Master Participation Trust
13277748         Mary D. Indessi
13296811         Mary D. Indessi
13296812*       +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13296813*       +Fidelity Bank,    100 E English St,    Wichita, KS 67202-3759
13296814*       +HFC,    Po Box 3425,    Buffalo, NY 14240-3425
13296815*       +Leap Auto,    Po Box 910620,    San Diego, CA 92191-0620
13296816*       +McCabe, Weisberg and Conway, P.C.,     123 South Broad Street,    Suite 2080,
                  Philadelphia, PA 19109-1031
13296817*       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13296818*       +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
13296819*       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                   TOTALS: 5, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Mar 29, 2017
                              Form ID: 604            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Kevin T. McQuail    on behalf of Creditor    Household Finance Consumer Discount Company
               ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mary D. Indessi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```