**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mary D. Indessi** | Social Security number or ITIN **xxx–xx–6989** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **12–20252–GLT** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mary D. Indessi

5/16/17                                                                       **By the court:**     Gregory L. Taddonio
                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 12-20252-GLT
Mary D. Indessi                                                     Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                   Page 1 of 2             Date Rcvd: May 16, 2017
                               Form ID: 3180W               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db             +Mary D. Indessi,    1439 Oak Avenue Extension,    Turtle Creek, PA 15145-1751
cr             +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +Fay Servicing, LLC,    Bankruptcy Department,    939 W North Ave. Ste 680,
                 Chicago, IL 60642-1231
13816573       +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
14298254       +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642-1231
13554573       +HSBC Mortgage Services, Inc.,    Attn: Stephen J. Tich, Executive VP,    2929 Walden Avenue,
                 Depew, NY 14043-2690
13277752       +Leap Auto,    Po Box 910620,   San Diego, CA 92191-0620
13277753       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
13364250        VERIZON ONLINE,    PO BOX 3243,   BLOOMINGTON, IL 61702-3243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 01:00:11     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: AIS.COM May 17 2017 00:53:00     Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
13277749       +EDI: AFNIRECOVERY.COM May 17 2017 00:53:00      Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
13367585       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 17 2017 01:00:44      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13277750       +E-mail/Text: dwattson@fidelitybank.com May 17 2017 01:00:32      Fidelity Bank,
                 100 E English St,    Wichita, KS 67202-3759
13378364       +EDI: HFC.COM May 17 2017 00:53:00     HSBC MORTGAGE SERVICING, INC.,   POST OFFICE BOX 21188,
                 EAGAN,MINNESOTA 55121-0188
13554572       +EDI: HFC.COM May 17 2017 00:53:00     HSBC Mortgage Services, Inc.,   Attn: Chad Meintel,
                 POB 21188,   Eagan, MN 55121-0188
13277751       +EDI: HFC.COM May 17 2017 00:53:00     Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13394107        EDI: RESURGENT.COM May 17 2017 00:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13620438        EDI: AIS.COM May 17 2017 00:53:00     Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
13277754       +EDI: SEARS.COM May 17 2017 00:53:00     Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13277755       +EDI: VERIZONEAST.COM May 17 2017 00:53:00      Verizon Pa,   236 E Town St #170,
                 Columbus, OH 43215-4631
13277756       +EDI: VERIZONEAST.COM May 17 2017 00:53:00      Verizon Pennsylvania I,   500 Technology Dr,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Household Finance Consumer Discount Company
cr              LSF9 Master Participation Trust
13277748        Mary D. Indessi
13296811        Mary D. Indessi
13296812*      +Afni, Inc.,    Po Box 3427,   Bloomington, IL 61702-3427
13296813*      +Fidelity Bank,    100 E English St,   Wichita, KS 67202-3759
13296814*      +HFC,   Po Box 3425,   Buffalo, NY 14240-3425
13296815*      +Leap Auto,    Po Box 910620,   San Diego, CA 92191-0620
13296816*      +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
13296817*      +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13296818*      +Verizon Pa,    236 E Town St #170,   Columbus, OH 43215-4631
13296819*      +Verizon Pennsylvania I,    500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                   TOTALS: 5, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: dkam              Page 2 of 2            Date Rcvd: May 16, 2017
                               Form ID: 3180W          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Kevin T. McQuail    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Mary D. Indessi ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```