**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
MARY D. INDESSI

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

FILED
5/16/17 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case No.:12-20252

Chapter 13

Related to Dkt. No. 73

**ORDER OF COURT**

AND NOW, this __16th__ day of __May__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:  Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: May 16, 2017

_____
Gregory L. Taddonio          jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-20252-GLT
Mary D. Indessi                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                 Page 1 of 2              Date Rcvd: May 16, 2017
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
```
db         +Mary D. Indessi,    1439 Oak Avenue Extension,    Turtle Creek, PA 15145-1751
cr         +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr         +Fay Servicing, LLC,    Bankruptcy Department,    939 W North Ave. Ste 680,
             Chicago, IL 60642-1231
13816573   +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
14298254   +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
             Chicago, Illinois 60642-1231
13378364   +HSBC MORTGAGE SERVICING, INC.,    POST OFFICE BOX 21188,    EAGAN,MINNESOTA 55121-0188
13554573   +HSBC Mortgage Services, Inc.,    Attn: Stephen J. Tich, Executive VP,    2929 Walden Avenue,
             Depew, NY 14043-2690
13554572   +HSBC Mortgage Services, Inc.,    Attn: Chad Meintel,    POB 21188,    Eagan, MN 55121-0188
13277751   +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13277752   +Leap Auto,    Po Box 910620,    San Diego, CA 92191-0620
13277753   +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
             Philadelphia, PA 19109-1031
13277754   +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13364250    VERIZON ONLINE,    PO BOX 3243,    BLOOMINGTON, IL 61702-3243
13277755   +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
13277756   +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2017 00:57:15
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
             Houston, TX   77210-4457
13277749   +E-mail/Text: EBNProcessing@afni.com May 17 2017 01:00:21      Afni, Inc.,    Po Box 3427,
             Bloomington, IL 61702-3427
13367585   +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 17 2017 01:00:40      Duquesne Light Company,
             c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13277750   +E-mail/Text: dwattson@fidelitybank.com May 17 2017 01:00:32      Fidelity Bank,
             100 E English St,    Wichita, KS 67202-3759
13394107    E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2017 00:51:27
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13620438    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2017 00:57:06      Midland Funding LLC,
             by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
             Houston, TX   77210-4457
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Household Finance Consumer Discount Company
cr              LSF9 Master Participation Trust
13277748        Mary D. Indessi
13296811        Mary D. Indessi
13296812*      +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13296813*      +Fidelity Bank,    100 E English St,    Wichita, KS 67202-3759
13296814*      +HFC,    Po Box 3425,    Buffalo, NY 14240-3425
13296815*      +Leap Auto,    Po Box 910620,    San Diego, CA 92191-0620
13296816*      +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
13296817*      +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13296818*      +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
13296819*      +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                 TOTALS: 5, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam               Page 2 of 2              Date Rcvd: May 16, 2017
                              Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Fay Servicing, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Kevin T. McQuail    on behalf of Creditor    Household Finance Consumer Discount Company
               ecfmail@mwc-law.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mary D. Indessi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```